# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

JOHNNIE L. THOMAS

VERSUS

COOPER CONSOLIDATED LLC,
COOPER T. SMITH STEVEDORING
COMPANY, INC., COOPER T.
SMITH MOORING CO., INC.,
COOPER T. SMITH CORPORATION,
AND GREAT AMERICAN INSURANCE
COMPANY OF NEW YORK

NO. 2020 CW 0459

**AUGUST 17, 2020**

---

In Re:    United Rentals, Inc., applying for supervisory writs,
          23rd Judicial District Court, Parish of Ascension, No.
          122113.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DENIED.**

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT